Mamie Watkins, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, En Banc: June 4, 1907.)

Writ of error to Circuit Court, Suwannee County; Bascom H. Palmer, Judge.

No appearance fof the Plaintiff in Error;

*W. H. Ellis,* Attorney General, for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed on motion of counsel for the defendant in error.